Mark L. Stermitz
Matthew A. Baldassin
CROWLEY FLECK PLLP
305 South 4th Street East, Ste. 100
Missoula, MT 59801
Telephone: (406) 523-3600
Fax: (406) 523-3636

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| MONTANORE MINERALS CORP., | ) Case No: 9:13-cv-00133-DLC |
| Plaintiff, | ) |
| vs. | ) |
| Easements and Rights of Way under, through and across those certain unpatented lode mining claims located in the NE1/4 and the NW1/4 of Section 15, Township 27 North, Range 31 West, Lincoln County, Montana, and identified as POPS 12, POPS 13, POPS 14 and POPS 15; ARNOLD BAKIE; FRANK DUVAL; OPTIMA, INC.; UNKNOWN OWNERS; and all other persons, unknown, claiming or who might claim any right, tile estate, or interest in or lien or encumbrance to the unpatented load mining claims described above or any cloud upon title thereto, whether such claim or possible claim be present or contingent, | ) **STATUS REPORT** |
| Defendants. | |

Comes now Plaintiff Montanore Minerals Corporation ("MMC") and,

1

pursuant to the Court's July 7, 2018 Order (Doc. 278), respectfully submits this updated Status Report regarding the status of the state court proceedings.

Since Optima, Inc.'s January 2, 2019, status report (Doc. 281), MMC's post-trial motions were denied. MMC filed a Notice of Appeal with the Montana Supreme Court on February 28, 2019.

DATED this 11th day of March, 2019.

>CROWLEY FLECK PLLP
>
>By /s/*Matthew A. Baldassin*
>Mark L. Stermitz
>Matthew A. Baldassin
>*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that I filed the above with the Court's CMS/ECF system, which will send notice to each party.

               /s/ *Matthew A. Baldassin*