IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANORE MINERALS CORP., <br><br> Plaintiff, <br> v. <br><br> Easements and Rights of Way under, through and across those certain unpatented lode mining claims located in the NE1/4 and the NW1/4 of Section 15, Township 27 North, Range 31 West, Lincoln County, Montana, and identified as POPS 12, POPS 13, POPS 14 and POPS 15; ESTATE OF ARNOLD BAKIE; FRANK DUVAL; OPTIMA, INC.; UNKNOWN OWNERS; and all other persons, unknown, claiming or who might claim any right, tile estate, or interest in or lien or encumbrance to the unpatented load mining claims described above or any cloud upon title thereto, whether such claim or possible claim be present or contingent, <br><br> Defendants. | CV 13–133–M–DLC <br><br><br><br><br> ORDER |

Before the Court is Defendants' Unopposed Motion to Dismiss this matter. (Doc. 289.) Defendants indicate that the parallel proceedings in state court have resolved all issues pending before this Court.

Accordingly, IT IS ORDERED that the motion (Doc. 289) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

Dated this 23rd day of April, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court